IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN MITTASCH, TRUSTEE OF THE "COMPANION ANIMAL TRUST FOR THE BENEFIT OF JUNIOR/OSO" AND PRESIDENT OF THE LEXUS PROJECT ON BEHALF OF JUNIOR, individually; A PASSION FOR PAWS AKITA RESCUE INC., and EX REL JUNIOR/OSO,

    Plaintiffs,

  v.

CITY OF FREMONT, *et al.*,

    Defendants.

No. C 12-4333 SI

**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER; DENYING PLAINTIFFS' REQUEST FOR A STAY OF THIS ORDER**

On August 17, 2012, the Court held a hearing on plaintiffs' *ex parte* application for a temporary restraining order. Counsel for plaintiffs and for defendants argued at the hearing. The Court DENIES the application for a temporary restraining order on the ground that plaintiffs lack standing. The Court also DENIES plaintiffs' request for a stay of this order.

This order resolves Docket No. 3.

**IT IS SO ORDERED.**

Dated: August 17, 2012

SUSAN ILLSTON
United States District Judge